IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00047-PAB-KLM

AURORA COMMERCIAL CORP., as Successor by merger to Aurora Bank FSB, f/k/a/ Lehman Brothers Bank, FSB,

      Plaintiff,

v.

NETWORK MORTGAGE SERVICES, INC., a Washington corporation doing business as Network Home Loans

      Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Unopposed Motion for Protective Order** [#37][1] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**. Accordingly,

      IT IS FURTHER **ORDERED** that the Protective Order [#37-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

      Dated: June 23, 2014

---

[1] "[#37]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.